UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06CR96-W |
| | ) | |
| v. | ) | |
| | ) | |
| (1) WILLIAM ROOSEVELT CLOUD | ) | **SCHEDULING ORDER** |
| (3) DANIEL E. GREENE | ) | |
| (5) JUDERITA RUSSELL | ) | |
| (6) BETTY H. NANTZ | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the United States Attorney's motion for the Court to rule upon the parties' joint motion for an order relating to scheduling.

The Court finds that the parties have stated sufficient cause for the scheduling dates proposed.

**IT IS, THEREFORE, ORDERED** that the parties' joint motion is **GRANTED**. Pretrial motions, including motions to compel discovery, motions to suppress, and motions under Rule 7, 8, 12, 13, 14, 16, and 41 of the Federal Rules of Criminal Procedure shall be filed no later than July 23, 2007, responses to any such motions shall be filed within ten (10) business days of the filing of any such motion, and any reply briefs shall be filed no later than five (5) business days after the filing of any such response. Proposed voir dire questions and proposed jury instructions shall be filed by September 24, 2007.

**SO ORDERED**.

Signed: May 29, 2007

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge