UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06cr0096 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CLOUD, et al., | ) | |
| | ) | |
| Defendant | ) | |

The Court sua sponte hereby amends the peremptory trial setting in the above-captioned case. At present, by oral order of this Court (March 23, 2007), calendar call, jury selection and trial were peremptorily set to begin on October 9, 2007. The Court resets the schedule as follows;

1. Calendar call is now set for Monday, October 1, 2007, at 9:00 am.

2. At calendar call, the Court will notify defendants and counsel whether trial will commence on/about October 9 or on/about October 15.

3. If trial is to commence on/about October 9, then jury selection will either be at Calendar Call on October 1 or immediately before trial begins on/about October 9, depending on the availability of a jury pool.

4. If trial is to commence on/about October 15, then jury selection will occur immediately before trial begins on/about October 15.

For purposes of judicial and administrative economy and based on a heavy docket with other peremptory trials settings, numerous witnesses under subpoena, and numerous prospective jurors under summons, the ends of justice support the modest re-scheduling and continuance set forth above.

IT IS SO ORDERED.

Signed: September 7, 2007

Frank D. Whitney
United States District Judge